UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00014-PMP-RJJ |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| REYNALDA BARNETT, | ) | |
| Defendant. | ) | |

The Court having read and considered Defendant Barnett's Motion to Modify Magistrate's Release/Detention Orders (Doc. #108) filed July 6, 2011, and the United States Pretrial Services Office concurring in Defendant's request,

**IT IS ORDERED that** Defendant Barnett's Motion to Modify Magistrate's Release/Detention Orders (Doc. #108) is **GRANTED**, and the previously imposed condition of release that Defendant Barnett seek and maintain employment is hereby removed as a condition of her continued release on pretrial supervision.

DATED: July 21, 2011.

_____
PHILIP M. PRO
United States District Judge